LOCKE LORD LLP
Michael F. Perlis (State Bar No. 095992)
mperlis@lockelord.com
Richard Johnson (State Bar No. 198117
rrjohnson@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Telephone:  213-485-1500
Facsimile:  213-485-1200

Attorneys for Plaintiff
Alterra Excess & Surplus Insurance Company, A Markel Company

McMAHON LAW FIRM, INC.
ROBERT J. LYNCH, ESQ. (State Bar No. 192287)
rlynch@mcm-law.net
1250 Corona Pointe Court, Suite 407
Corona, California 92879
Tel:   (951)371-6868
Fax:   (951)371-8787

Attorney for Defendants, Gotama Building Engineers, Inc., and Caecilia Gotama

JS-6

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTERRA EXCESS & SURPLUS INSURANCE COMPANY, A MARKEL COMPANY, a Delaware Corporation,<br><br>                    Plaintiff,<br><br>     vs.<br><br>GOTAMA BUILDING ENGINEERS, INC., a California corporation, and CAECILIA GOTAMA,<br><br>                    Defendants. | CASE NO. 2:14-cv-02969-JFW (Asx)<br><br>JUDGMENT |

On July 24, 2014, the Court entered an Order Granting Plaintiff Alterra Excess & Surplus Insurance Company, A Markel Company's Motion for Summary Judgment.

Pursuant to the ORDER GRANTING PLAINTIFF ALTERRA EXCESS & SURETY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT filed on July 24, 2014 (Docket # 29, a copy of which is attached hereto as Exhibit "A"), **IT IS ORDERED, ADJUDGED, AND DECREED THAT:**

No coverage is available to any Insureds (including, without limitation, Gotama Building Engineers, Inc., and Ms. Caecilia Gotama), under Architects and Engineers Professional Liability, Architects, Engineers and Contractors Pollution Liability, Technology Based Services, and Computer Network Security Insurance Policy Nos. MAX7PL0000814 and MAX7PL0000387 (the 2012 and 2013 Policies), for the matter captioned, *Eisenberg Village of the Los Angeles Jewish Home for the Aging v. DLR Group/DLR Group WWCOT v. Gotama Building Engineers, Inc.*, Los Angeles Super. Ct. Case No. LC100462, or any related matter.

Any and all claims against Plaintiff, Alterra Excess & Surplus Insurance Company, a Markel Company, in any way related to the same are dismissed with prejudice, each side to bear its own costs.

Dated: July 30, 2014

_____
Honorable John F. Walter
United States District Court Judge
For the Central District of California

**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071